**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Shirleymae Rowley,<br><br>                    Plaintiff,<br>v.<br><br>Receivables Performance Management, L.L.C.; and DOES 1-10, inclusive,<br><br>                    Defendants. | Civil Action No.: 1:15-cv-10482-RWZ |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: June 12, 2015

>Respectfully submitted,
>
>PLAINTIFF, Shirleymae Rowley
>
>/s/ Sergei Lemberg
>
>Sergei Lemberg, Esq.
>B.B.O. No.: 650671
>**LEMBERG LAW, L.L.C.**
>1100 Summer Street, 3rd Floor
>Stamford, CT 06905
>Telephone: (203) 653-2250
>Facsimile: (203) 653-3424
>slemberg@lemberglaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 12, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By /s/ Sergei Lemberg
                   Sergei Lemberg