UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHIRLEYMAE ROWLEY
       Plaintiff
         V.

CIVIL ACTION: 15CV10482-RWZ

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC ET AL
       Defendant

ZOBEL, D.J.                                        JUNE 15, 2015

The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

                                                  By the Court,

                                                  s/ Lisa A. Urso
                                                  Deputy Clerk

30day.ord